

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00094-CV

Dr. Hector **FARIAS** and Voices in Democratic Action (VIDA),
Appellants

v.

Eduardo A. **GARZA** and Uni-Trade Forwarding, L.C.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVT-001496-D1
Honorable Fred Shannon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order Denying Motions to Dismiss is REVERSED and we RENDER judgment DISMISSING all defamation claims brought by Eduardo A. Garza against both appellants. We REMAND this cause to the trial court for consideration of an award of attorney's fees, costs, and/or sanctions to appellants pursuant to Texas Civil Practice and Remedies Code section 27.009.

It is ORDERED that appellants recover their costs of appeal from Eduardo A. Garza.

SIGNED January 29, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice